# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

| | |
|---|---|
| LOWE'S HOME CENTERS, LLC, ET., | JUDGMENT IN A CIVIL CASE |
|     Plaintiffs, | |
| vs. | |
| LUCAS INNOVATION, INC. | CASE NO: 16-1143-STA-egb |
|     Defendant. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Stipulation of Dismissal entered on January 8, 2019, this cause is hereby DISMISSED without prejudice.

APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

DATE: 1/8/2019

THOMAS M. GOULD
Clerk of Court

s/Maurice B. BRYSON

(By) Deputy Clerk